[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 18, 2011
JOHN LEY
CLERK

No. 10-14078
Non-Argument Calendar

_____

D.C. Docket No. 8:91-cr-00272-JDW-EAJ-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND GRADY STANSEL, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 18, 2011)

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Raymond Grady Stansel, Jr. in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stansel's conviction and sentence are **AFFIRMED.**